*Office.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JANET GARCIA and CHRISTOPHER HERB,
individually and on behalf of all others similarly situated

Plaintiffs,

- against-

SUK CHAN LEE a/k/a BRUCE LEE and KWANGOK SUNG
a/k/a KAY LEE, d/b/a ONE GREENE JAPANESE
RESTAURANT & LOUNGE, 17 GREEN FARM a/k/a 17
GREENE FARM, FRESH GARDEN, SILVER SPOON and
MIRAI WELLNESS &SPA

Defendants.
---------------------------------------------------------------x

Index No. 10-CV-1618
(Gleeson, J.)

REPLY DECLARATION OF
PLAINTIFF CHRISTOPHER
HERB

CHRISTOPHER HERB hereby declares, pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the Laws of the United States of America:

1. I am a named plaintiff in the above action and am fully familiar with the facts and circumstances set forth below.

2. I submit this declaration in further support of plaintiffs' application for a temporary restraining order and preliminary injunction.

3. Kwangok Sung claims that I did "not know at all how to serve customers as a wait person" and that my work performance was not satisfactory.

4. I have had many years of experience as a wait person.

5.  Kwangsok Sung never complained about my work to me until I complained about improper and illegal payment of wages.

6.  When she closed the Restaurant, Kwangok Sung told me that everybody now is losing their jobs as a result of my filing with the Department of Labor.

Dated: May 2, 2010
       05/21/10

_____
CHRISTOPHER HERB